Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorney for CKS Financial, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA WOODSIDE,<br><br>             Plaintiff,<br>    vs.<br><br>CKS FINANCIAL, LLC,<br><br>             Defendant. | Case No.: 14-CV-01903 MJS<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND ORDER |

It is hereby stipulated by Plaintiff Rhonda Woodside and Defendant CKS Financial, LLC, through undersigned counsel, that CKS Financial, LLC shall have a four-week extension of time to respond to the complaint, to and including January 5, 2015.

///

///

Removal of this action was filed on December 1, 2014, making December 8, 2014 the due date for a response to the Complaint.  The purpose of this extension is to allow Defendant time to investigate Plaintiff's claims and provide the parties time to explore early settlement.  There have been no prior extensions, and this extension will not alter any dates set by the Court.

IT IS SO STIPULATED.

Dated: 12/5/14					THE LAW OFFICE OF L. PAUL MANKIN, IV

						*/s/Paul Mankin*
						Paul Mankin
						Attorney for Plaintiff
						Rhonda Woodside

Dated: 12/5/14					SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

						*/s/Debbie P. Kirkpatrick*
						Debbie P. Kirkpatrick
						Attorney for Defendant
						CKS Financial, LLC

## **ORDER**

Good cause appearing the above Stipulation is approved and adopted by the Court.

IT IS SO ORDERED.

Dated:  December 7, 2014			/s/ *Michael J. Seng*
						UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28