# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RHONDA WOODSIDE, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**CKS FINANCIAL, LLC, and DOES 1 through 10, inclusive,**<br><br>Defendant. | Case No. 1:14-cv-01903-MJS<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff, RHONDA WOODSIDE, and Defendant, CKS FINANCIAL, LLC, to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated:   **February 9, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE